GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Tel: (702) 862-8300
Fax: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEX RILEY, | Case No. 2:23-cv-01616-GMN-VCF |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC | |
| | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the **December 1st, 2023**. The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the

/ /

/ /

/ /

/ /

/ /

1  Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause
2  delay.
3        Respectfully submitted, this 1st day of November, 2023.
4  CLARK HILL PLLC

5  By:  /s/Gia N. Marina

*No opposition*

6  Gia N. Marina
   Nevada Bar No. 15276
7  1700 S. Pavilion Center Drive, Suite 500
   Las Vegas, NV 89135
8  Tel: (702) 862-8300
   Fax: (702) 778-9709
9  Email: gmarina@clarkhill.com
   *Attorney for Defendant Equifax Information*
10 *Services LLC*

 /s/ Yitzchak Zelman
Yitzchak Zelman
**Marcus & Zelman, LLC**
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
845-367-7146
Email: yzelman@marcuszelman.com

*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  11-2-2023
_____

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that a true and exact copy of the foregoing has been served this 1st day of

3

November, 2023, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709