Bernadette Rigo (Bar No. 7882)
brigo@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
(702) 363-2535 / Fax (702) 363-2534

*Counsel for Defendant Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALEX RILEY,<br><br>             Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>             Defendants. | Case No. 2:23-cv-01616-GMN-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

COMES NOW Defendant Trans Union LLC ("Trans Union"), by and through its counsel, and files this Unopposed Motion Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

1.  Trans Union was served with a copy Plaintiff's Complaint (the "Complaint") on October 16, 2023. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is November 6, 2023.

2.  On November 2, 2023, counsel for Trans Union contacted Plaintiff's counsel via email and telephone regarding an extension within which to file a response to the Compliant.

3.  On November 3, 2023, counsel for Plaintiff consented to a 21-day extension to Trans Union's deadline to file a response to the Complaint.

3.  Trans Union requires additional time to locate and assemble the documents relating to Plaintiff's allegations, any additional disputes submitted to Trans Union, and the

1

necessary time to fully investigate the allegations and claims raised by Plaintiff's Complaint and prepare its response.

4. This Motion is made in good faith and not for the purposes of delay. The additional time will allow Trans Union to assess the allegations contained in Plaintiff's Complaint, review its records pertaining to the underlying accounts associated with Plaintiff's claims against Trans Union, and prepare its response.

WHEREFORE, Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including November 27, 2023. This is the first request for an extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 6th day of November 2023.

                              SKANE MILLS LLP

                              /s/ Bernadette Rigo
                              Bernadette Rigo (Bar No. 7882)
                              1120 Town Center Drive, Suite 200
                              Las Vegas, Nevada 89144
                              Telephone: (702) 363-2535
                              *Counsel for Trans Union LLC*

**ORDER**

The Unopposed Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.
IT IS FURTHER ORDERED THAT the response is due on or before November 17, 2023.

Dated this 7th day of November 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November 2023, I electronically filed **UNOPPOSED MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will then send a notification of such to the following counsel of record:

Michael Yancey III
myancey@consumerattorneys.com
Consumer Attorneys
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
(480) 573-9272
*and*
Yitzchak Zelman (*Pro Hac Vice*)
yzelman@marcuszelman.com
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
(845) 367-7146
*Counsel for Plaintiff*

Gia Marina
gmarina@clarkhill.com
Clark Hill PC
1700 South Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
(702) 862-8300
(702) 778-9709 Fax
*Counsel for Equifax Information Services, LLC*

Jennifer L. Braster
jbraster@naylorandbrasterlaw.com
Naylor & Braster
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000
(702) 420-7001 Fax
*Counsel for Experian Information Solutions, Inc.*

                                        /s/ Pouneh Porooshani
                                        Pouneh Porooshani