Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd. Suite 120
Las Vegas, NV 89145
Telephone: (702) 420-7000
jbraster@nblawnv.com

Cheryl L. O'Connor
Nevada Bar No. 14745
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone: (949) 851-3939
coconnor@jonesday.com

Attorneys for Defendant
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Alex Riley,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Experian Information Solutions, Inc., Equifax Information Solutions, Inc., and Trans Union, LLC,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-01616-GMN-VCF<br><br>ORDER GRANTING<br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S AND PLAINTIFF'S SECOND STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Complaint Filed: 10/06/23 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Alex Riley ("Plaintiff"), by and through their respective counsel of record, hereby submit this second stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on October 10, 2023. (ECF No. 1.) Experian and Plaintiff filed their first joint stipulation to extend the time for Experian to Answer Plaintiff's Complaint on November 2, 2023. (ECF No. 11.) Experian and Plaintiff's first joint stipulation to extend was granted on November 2, 2023. (ECF No. 13.) Experian's responsive pleading is now due November 24, 2023. Although Experian has made progress in analyzing Plaintiff's claim and gathering relevant documents, it has been unable to complete that task in the initial extension period. The second extension will allow Experian a further opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly. Plaintiff and Experian stipulate and agree that Experian shall have an extension until December 8, 2023, to file its responsive pleading.

This is Experian's second request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit Experian an opportunity to more fully investigate the claims alleged, and to allow both parties additional time to explore early resolution.

IT IS SO STIPULATED.

Dated: November 21, 2023     By:  */s/ Cheryl L. O'Connor*
                                  Cheryl L. O'Connor
                                  Nevada Bar No. 14745
                                  JONES DAY
                                  3161 Michelson Drive, Suite 800
                                  Irvine, CA 92612

                                  Jennifer L. Braster
                                  Nevada Bar No. 9982
                                  10100 W. Charleston Blvd., Suite 120
                                  Las Vegas, NV 89135

                                  *Attorneys for Defendant Experian Information Solutions, Inc.*

1

Case No. 3:23-cv-01616-GMN-VCF
SECOND STIPULATION TO EXTEND
TIME TO ANSWER COMPLAINT

| | |
|---|---|
| Dated: November 21, 2023 | CONSUMER ATTORNEYS |
| | By:  /s/ *Michael Everett Yancey, III* |
| | Michael Everett Yancey, III |
| | Consumer Attorneys PLC |
| | 2300 West Sahara Ave, Suite 800 |
| | Las Vegas, NV 89102 |
| | *Attorneys for Plaintiff Alex Riley* |

**IT IS SO ORDERED.**

Dated this ___22nd___ day of November 2023.

_____
MAGISTRATE JUDGE CAM FERENBACH

2

Case No. 3:23-cv-01616-GMN-VCF
SECOND STIPULATION TO EXTEND
TIME TO ANSWER COMPLAINT