**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Alex Riley,<br><br>                    Plaintiff(s),<br><br>v.<br><br>Experian Information Solutions, Inc.,<br><br>                    Defendant(s). | 2:23-cv-01616-GMN-VCF<br>**Order regarding discovery plan** |

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before January 19, 2024.

DATED this 4th day of January 2024.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE