Yitzchak Zelman, Esq.,
PRO HAC VICE
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:  (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Alex Riley*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Alex Riley,<br><br>Plaintiff,<br><br>-against-<br><br>Experian Information Solutions, Inc., Equifax Information Services, LLC, and Trans Union, LLC,<br><br>Defendants. | Civil Case Number: 2:23-cv-01616-GMN-MDC |

## STIPULATION AND ORDER OF DISMISSAL
## WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by their undersigned counsel, hereby stipulate to the Plaintiff's voluntary dismissal all claims against all Defendants in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:        July 17, 2024

| | |
|---|---|
| /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq.<br>Marcus & Zelman, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, New Jersey 07712<br>Tel: (732)-695-3282<br>Email: yzelman@marcuszelman.com<br>*Attorney for Plaintiff*<br>*Alex Riley* | /s/ Jennifer L. Braster<br>Jennifer L. Braster, Esq.<br>Naylor & Braster<br>10100 W. Charleston Blvd., Suite 120<br>Las Vegas, NV 89135<br>Tel: (702) 420-7000<br>Email: jbraster@naylorandbrasterlaw.com<br>*Attorney for Defendant*<br>*Experian Information Solutions, Inc.*<br><br>/s/ Gia Marina<br>Gia Marina, Esq.<br>Clark Hill PLC<br>1700 South Pavilion Center Drive, Suite 500<br>Las Vegas, NV 89135<br>Tel: (702) 862-8300<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant*<br>*Equifax Information Services, LLC*<br><br>/s/ Kyle Pietrzak<br>Kyle Pietrzak, Esq.<br>Quilling Selander Lownds Winslett Moser<br>6900 N. Dallas Parkway, Suite 800<br>Plano, TX 75024<br>Tel: (214) 560-5458<br>Email: kpietrzak@qslwm.com<br>*Attorney for Defendant*<br>*Trans Union, LLC* |

IT IS SO ORDERED. The Clerk of Court is kindly instructed to close the case.

_____
Gloria M. Navarro
United States District Judge

Dated: July 18, 2024